**No. 63416.**—H. Rosenhirsch Co., Inc. *v.* United States, protest 59/8539 (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise. consists of monofilament fishing lines the same in all material respects as those the subject of Abstract 60183, the claim of the plaintiff was sustained.

**No. 63417.**—F. O. Gerlach & Co. and Lacy Falk et al. *v.* United States, protests 260575–K, etc. (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, OCTOBER 6, 1959

**No. 63418.**—Dalton Cooper, Inc., et al. *v.* United States, protests 283608–K, etc. (New York).

Opinion by RICHARDSON, J.  In accordance with stipulation of counsel that the merchandise is the same in all material respects as that involved in *Dalton Cooper, Inc., et al.* v. *United States* (41 Cust. Ct. 271, C.D. 2051), the claim of the plaintiffs was sustained.

DONLON, J., dissented for the reasons set forth in her dissenting opinion in C.D. 2051, *supra.*